UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Duluth, Winnipeg and Pacific Railway Company, a Minnesota corporation, | Civil Action No.05-CV-2758 MJD/RLE |
| Plaintiff, | |
| v. | **ORDER** |
| City of Orr, a Minnesota Municipal Corporation; Doran Klakoski, in his Capacity as Mayor of Orr; Alan L. Mitchell in his Official Capacity as St. Louis County Attorney; and Ross Litman in his Official Capacity as the Sheriff of St. Louis County, | |
| Defendants. | |

---

Pursuant to a Stipulation, [Doc. No. 20] signed by representatives of all parties and filed with the court on March 16, 2006, and in accordance with Rule 21, Federal Rules of Civil Procedure, it is

ORDERED:

That Alan L. Mitchell, in his official capacity as St. Louis County Attorney, is hereby dismissed from this action as a defendant.

That Alan L. Mitchell shall be omitted from the case caption in any pleadings subsequent to this Order.

BY THE COURT:

Dated: March 27, 2006      s / Michael J. Davis
                           MICHAEL J. DAVIS
                           United States District Court Judge